IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CARL WILSON,**

    **Plaintiff,**

vs.

**T.J. COLLINS and JOE STEINHAUER,**

    **Defendants.**                             Case No. 03-CV-317-DRH

## ORDER

**HERNDON, District Judge:**

       The Magistrate Judge assigned to this matter issued a Report and Recommendation ("R&R") (Doc. 45), recommending the Court grant Defendants' Motion for Summary Judgment (Doc. 32). Pursuant to **28 U.S.C. § 636(b)** and **S.D. Ill. L.R. 73.1(b)**, a party to the action is allowed to file objections to the R&R within ten days of service. Therefore, in this instance, the parties had until June 28, 2006 to file written objections.

       On June 28, 2006, Plaintiff filed a Motion for Extension of Time (Doc. 46), requesting an additional 21 days to file written objections to the R&R. Plaintiff's counsel states the fact that Plaintiff is incarcerated and the attorney's own busy schedule necessitate seeking the extension of time.

The Court **GRANTS** Plaintiff's Motion (Doc. 46). Accordingly, Plaintiff is allowed until **July 27, 2006**, to file written objections to the R&R. The Court does not anticipate granting a further extension of time unless a more sufficient reason is given.

**IT IS SO ORDERED.**

Signed this 6th day of July, 2006.

/s/        David RHerndon
**United States District Judge**