IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CARL WILSON,**

    **Plaintiff,**

vs.

**T.J. COLLINS and JOE STEINHAUER,**

    **Defendants.**                                   **Case No. 03-cv-317-DRH**

### ORDER

**HERNDON, District Judge:**

On July 6, 2006, the Court issued an Order (Doc. 48), allowing Plaintiff twenty days to file an amended complaint, for the specific purpose of naming previously unnamed defendants.[1] However, the Court explained that if Plaintiff did not elect to amend within the time frame prescribed, his claims against these unnamed defendants would be dismissed with prejudice. Subsequently, on July 27, 2006, the Court entered an Order (Doc. 52) allowing Plaintiff an extension of time until August 11, 2006, to file said amended complaint.

Plaintiff has filed a Suggestion to District Court Regarding Further Amendment of Complaint (Doc. 55), stating that Plaintiff will not be seeking to amend his Complaint by addition of any unnamed parties. Therefore, the Court

---

[1] The Court noted that its previous Order (Doc. 6) issued on July 29, 2004, stated that "[s]ervice shall not be made on the Unknown (John Doe) Defendants until such time as Plaintiff has identified them by name on a USM-285 form and in a properly filed amended complaint. Plaintiff is ADVISED that it is Plaintiff's responsibility to provide the Court with the names and service addresses for these individuals" (Doc. 48, p. 1).

hereby **DISMISSES WITH PREJUDICE** any and all claims Plaintiff may have in this matter against any unnamed Defendants. Clerk shall enter judgment accordingly at the close of this case.

**IT IS SO ORDERED.**

Signed this 7th day of August, 2006.

/s/       David RHerndon
**United States District Judge**