IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CARL WILSON,**

      Plaintiff,

      -vs-                      No. 03-CV-317-DRH

**T.J. COLLINS, JOE STEINHAUER,
and UNKNOWN PARTY,**

      Defendants.

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. Defendants T.J. Collins and Joe Steinhauer's Motion for Summary Judgment is **GRANTED**. Judgment is entered in favor of Defendants **T.J. COLLINS AND JOE STEINHAUER** and against Plaintiff **CARL WILSON**.

**IT IS FURTHER ORDERED AND ADJUDGED** that any and all claims Plaintiff may have in this matter against any unnamed Defendants are **DISMISSED with prejudice.** Judgment is entered in favor of Defendant **UNKNOWN PARTY** and against Plaintiff **CARL WILSON.**-------------------------------------------------------------------------------------------------------

                                        **NORBERT G. JAWORSKI, CLERK**

August 24, 2006.                          BY: s/Patricia Brown
                                                                Deputy Clerk

APPROVED: /s/ David R Herndon
                **U.S. DISTRICT JUDGE**