**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**CARL WILSON**

     **Plaintiff,**

**v.**

**T.J. COLLINS and JOE STEINHAUER,**

     **Defendants,**                                **Case No. 03-cv-317-DRH**

**<u>ORDER</u>**

**HERNDON, District Judge:**

        Before the Court is Plaintiff's Motion for Enlargment of Time (Doc. 59) for filing his notice of appeal of the Court's Judgment (Doc. 58) in favor of Defendants and against Plaintiff.  Plaintiff filed this Motion to request the Court allow additional time because, given Plaintiff's incarceration, it is difficult for his counsel to confer with him as well as to obtain Plaintiff's signature on the necessary pleadings.  Pursuant to **Fed. R. App. P. 4(a)(5)(A)**, the Court **GRANTS** Plaintiff's timely-filed Motion (Doc. 59) and, for good cause shown, **EXTENDS** Plaintiff's time to file his Notice of Appeal.  Accordingly, Plaintiff has until **October 16, 2006** to file his Notice of Appeal.

        **IT IS SO ORDERED**.

        Signed this 22nd day of September, 2006.

                                     <u>/s/      David RHerndon</u>
                                     **United States District Judge**